**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00564-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     BRUCE ROBERT LUTZ,

       Defendant.

---

### MINUTE ORDER
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 42 - filed September 6, 2011), a change of plea hearing regarding Defendant Lutz is set **Tuesday, October 4, 2011, at 8:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present in person.

Dated: September 7, 2011